IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL ACTION NO. 3:10CR49

JUDY C. JONES

## ORDER

This cause is before the Court on defendant Jones' Motion for Extension of Time to File Additional Motions and to Continue Trial Date [11]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 7, 2010. Jones retained Gray W. Bartlett and Leslie I. Ball in to represent her in the instant case. Jones' counsel seek a continuance in allow them sufficient time to obtain admission pro hac vice inasmuch as they are not licensed to practice in Mississippi.[1] The government does not oppose the requested continuance. Based on the foregoing, the Court finds that the motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from June 7, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant the opportunity to be represented by the counsel of her choice. Therefore, the ends of justice served by the granting of this continuance

---

[1] The attorneys have requested Certificates of Good Standing from the Supreme Court of Tennessee which are necessary to the filing for admission pro hac vice.

outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Extension of Time to File Additional Motions and to Continue Trial [11] is GRANTED;

2. That the trial of this matter is continued until Monday, August 30, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from June 7, 2010 until August 30, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is August 9, 2010;

5. That the deadline for submitting a plea agreement is August 16, 2010.

SO ORDERED, this the 11th day of May, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE